

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2016

No. 04-16-00519-CV

Loren **BREWER**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION**; Schlumberger, N.V. A/K/A
Schlumberger Limited; and Jose Salazar, Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-09-53692-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The clerk's record in this case was due September 9, 2016. On September 2, 2016, the clerk filed a notification of late record stating appellant had failed to pay or make arrangements to pay for preparation of the record and was not entitled to the record without payment. In response, we issued an order on September 7, 2016, ordering appellant to provide proof of payment or proof of indigency on or before September 19, 2016, or we would dismiss the appeal for want of prosecution. Appellant failed to respond, and therefore, on September 28, 2016, this court rendered an opinion and judgment dismissing the appeal for want of prosecution. Thereafter, on September 30, 2016, appellant filed a document entitled motion to reinstate, which we will consider a motion for rehearing, asking the court to reconsider our prior dismissal and reinstate the appeal. According to appellant, the motion is opposed by appellee. After reviewing the motion, we **ORDER** appellee may file a response to the motion to reinstated on or before October 21, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court